UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ERIC TURNER and TAYLOR TURNER | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Docket No. 3:17-CV-00381-plr-ccs |
| BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY | ) ) ) ) ) | JUDGE REEVES MAGISTRATE JUDGE SHIRLEY |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs and Defendant (collectively, the "Parties"), as evidenced by the signatures of counsel for the respective parties appearing below, hereby stipulate that this action be dismissed with prejudice according to the terms of the Parties' Settlement Agreement. Each party shall be responsible for their own respective attorneys' fees and expenses, and their own pending court costs, if any.

Respectfully submitted this the 3rd day of April, 2019.

/s/ Marc O. Dedman
Marc O. Dedman, BPR #14044
*Attorney for Defendant*
414 Union Street
Bank of America Plaza, Ste. 1700
Nashville, TN  37219

1

/s/ Jonathan L. Bobbitt
Jonathan L. Bobbitt (BPR No. 23515)
J. Brandon McWherter (BPR No. 21600)
341 Cool Springs Boulevard, Suite 230
Franklin, TN 37067
Phone: (615) 534-1144
jbobbitt@gilbertfirm.com

Clinton H. Scott (BPR No. 23008)
54 Exeter Road, Suite D
Jackson, TN 38305
Phone: (731) 664-1340
cscott@gilbertlawfirm.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been sent via the courts electronic filing system:

Marc O. Dedman, BPR #14044
414 Union Street
Bank of America Plaza, Ste. 1700
Nashville, TN 37219

this the 3rd day of April 2019.

s/Jonathan L. Bobbitt